IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID IVEY, | ) | |
| | ) | |
| Petitioner, | ) | 8:06cv767 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The court has been informed by the respondent's counsel in Case No. 8:06cv702 that the petitioner is presently in the Norfolk Regional Center.

IT IS THEREFORE ORDERED:

1. That the Clerk of Court shall correct the court's records to reflect the petitioner's current address;

2. That the Clerk shall send the petitioner at his new address a copy of previously returned mailings in this case (filing nos. 2 and 3);

3. That the respondent shall comply with the deadline in the Order on Initial Review unless a timely motion for extension of time is granted;

4. That, whether the respondent files an answer or a motion for summary judgment, the petitioner may reply within 30 days thereafter, unless the petitioner moves for an extension of time and such motion is granted; and

5. That the court would really appreciate notice from the petitioner if (a) the petitioner's address changes or (b) he no longer wishes to pursue the above-entitled case.

DATED this 5th day of February, 2007.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge