IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID IVEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 8:06CV767 |
| | ) | |
| ROBERT HOUSTON, Director of Corrections, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| | ) | |
| Respondent. | ) | |

This case was recently returned to the court's regular docket and remains assigned to District Judge Laurie Smith Camp and Magistrate Judge F. A. Gossett.

David Ivey filed the pending Petition for Writ of Habeas Corpus pro se, alleging that he has been unlawfully committed to the Norfolk Regional Center pursuant to the Nebraska Sex Offender Commitment Act, LB 1199 (2006).  On April 25, 2007, Judge Smith Camp appointed the Federal Public Defender for the District of Nebraska (or another attorney on the CJA panel selected by the Federal Public Defender) to represent the petitioner in this matter.  Judge Smith Camp noted that the named respondent, Robert Houston, had not responded to the Petition "likely because the petitioner has named the wrong respondent," and gave the petitioner until June 25, 2007 to file an Amended Petition naming the proper respondent.

Although counsel entered an appearance, the petitioner has not filed an Amended Petition naming an appropriate respondent, as previously ordered by Judge Smith Camp.

**IT IS ORDERED** that the petitioner is given a final extension of time to **July 30, 2007** to either (a) file and serve an Amended Petition as previously ordered, or (b) show cause why this case should not be dismissed for lack of prosecution.

DATED July 10, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**